# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

**FILED**
04/27/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

_____

(Full name of plaintiff(s))

DAIMIA R. ANDERSON #131425

_____

v.

(Full name of defendant(s))

LT. HARVEY (J. BRUCKER SUPERVISOR)
JULIE STOUT (WARDEN)
ROBIN GRAY (UNIT TEAM)

Case Number:

2:23-cv-210-JRS-MG

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __INDIANA__, and is located at
   (State)

   811 W. 50 NORTH ROCKVILLE, INDIANA 47872
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant LT. HARVEY
   (Name)

JULIE STOUT
ROBIN DRAY

is (if a person or private corporation) a citizen of __INDIANA__
(State, if known)

and (if a person) resides at __ROCKVILLE CORRECTIONAL FACILITY__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __RCF· 811 W. 50 NORTH ROCKVILLE, INDIANA 47872__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

JULIE STOUT IS THE WARDEN AT ROCKVILLE CORR FACILITY. I DAIMIA R. ANDERSON #131425 WAS TRANSFERRED FROM INDIANA WOMEN'S PRISON ON 07.19.22. UPON ME ARRIVING AT RCF I WAS PLACED RIGHT INTO RESTRICTIVE HOUSING FOR SAFE KEEPING FOR 24 HOURS. ON 07.20.22 BUFFY PRATT UNIT TEAM MANAGER FOR RH NOTIFIED ME I WAS DIRECTLY PLACED IN RH BECAUSE AN INCARCERATED INDIVIDUAL IN HOUSING UNIT 2 COULDN'T BE AROUND ME. SHE WENT ON TO STATE, THE PERSON UNKNOWN BY NAME WOULD BE LEAVING THE PRISON

and once she was moved to MCU I could be placed in Housing Unit 2. I then was sent to be moved there on 08.08.22. I was placed in General Population on Housing Unit 3 Left where I lived before I went to INP. I asked multiple times not to be placed with offender TIA WASHUM #214347 because we had multiple violent conduct reports against each other and we've constantly been placed back with one or the other. I was told by Unit Team Manager Robin Gray that I had to learn to live with Washum because we were adults and she didn't care that we had multiple battery charges and a PREA. I again later after this conversation had to file another PREA on this offender who lived downstairs with me and constantly harassed me in the bathroom sexually and physically. Upon me filing that PREA Lt. Harvey and Captain Jones on J-Bracket moved me upstairs away from

Complaint - 3

that offender. In the midst of me filing the PREA I was writing Julie Stout, Robin Gray, Bufty Pratt about the constant abuse and harassment I was getting from this offender. Lt. Harvey stated that Robin Gray E-mailed her saying I could only clean on my shift as a night porter in the upstairs bathroom so from 12am - 4:30am they wanted me to stay in the upstairs bathroom and not go down stairs at all. I tried speaking to them about this issue and the only response I got was take it up with Julie Stout, so once again I wrote to Ms. Stout, and Ms. Gray and still received the same answers. I refused my job several nights because of this issue. On and off the abuse kept going on 12-31-22 I reported to Sgt Morrison that this offender hit me in my face at the microwave area once he reviewed the camera and placed both of us on Lea-up room restriction pending a fighting conduct report. At that time I wrote to Warden Stout again and also Ms. Gray and was told the only seperation we would get would be me living upstairs and her downstairs even with no years of violent conduct against each other from 2014, 2015 - 2022. Ms. Gray and Ms. Stout both failed to keep me safe and knowingly violated my rights of keeping me safe by forcing me to live with someone I was constantly fighting with and or had two PREA's on. Once all of this started I was being harassed by the Bracket (J) that I filed the PREA on and constantly spoke with about this. J Bracket staff has constantly written me up for things each night I work the staff on that shift refused to fill out my

RECLASSIFICATION PAPER WORK. EACH TIME MY CASE MANAGER SENT IT OUT TO THE SHIFT SUPERVISOR IT WAS LOST OR THROWN AWAY. I'VE WROTE MULTIPLE LETTERS, TO/FROMS TO THE PROPER CHAIN OF COMMAND. SOME OF MY PAPER WORK HAS NEVER WENT THREW OR WAS SENT BACK SAYING IT WASN'T A GRIEVANCE OR GRIEVABLE MATTER. I WROTE ALL OF THE WARDENS AND UNIT TEAM STAFF TRYING TO SEEK HELP WITH THESE SITUATIONS AND NOT ONCE HAVE I RECIEVED A RESPONSE. I DO WANT TO ADD THAT LT. HARVEY SUPERVISE RAMANDAN ON SOME MORNINGS AND ONE OF THE MORNINGS I WAS PRAYING FOR US SHE WAS SITTING DIRECTLY NEXT TO US AND STARTED CURSING AND I STOPPED MY PRAYER AND ASKED IF SHE COULD NOT DO THAT, IT WAS DISRESPECTFUL TO MY RELIGION.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I don't ever want to be housed in the same unit as incarcerated individual. Tia Washum on neither side of a unit. I don't feel safe or comfortable working under Lt. Harvey's supervison due to all of the harassment and disrespect. I feel I am being treated unjustly by Lt. Harvey and feel if these guidelines cannot be addressed or dealt with I feel all 3 staff members could retaliate and I wouldn't feel safe under any of their supervison due to this complaint and also being too ignored in the past with my saftey

E.  **JURY DEMAND**

☑  Jury Demand – I want a jury to hear my case

OR

☐  Court Trial – I want a judge to hear my case

Dated this __19__ day of __April__ 20__23__.

Respectfully Submitted,

__DAINA ANDREW__
Signature of Plaintiff

__131425__
Plaintiff's Prisoner ID Number

__811 W. 50 NORTH__
__ROCKVILLE, INDIANA 47872__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

__Daina Andrew__
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

## FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.