UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAIMIA R. ANDERSON, | ) |
|       Plaintiff, | ) |
| v. | ) No. 2:23-cv-00210-JRS-MG |
| HARVEY, et al., | ) |
|       Defendants. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 9/22/2023

*James R. Sweeney* 
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*
    Deputy Clerk, U.S. District Court

Distribution:

DAIMIA R. ANDERSON
131425
ROCKVILLE - CF
ROCKVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
811 West 50 North
Rockville, IN 47872